UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE LEE GREEN,<br><br>　　　　　　Petitioner,<br><br>　　　v.<br><br>LARRY SMALL,<br><br>　　　　　　Respondent.<br>_____ | Case No. CV 10-139 DOC(JC)<br><br>(PROPOSED)<br><br>JUDGMENT |

　　　Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　IT IS ADJUDGED that the Motion to Dismiss is granted, the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

　　　DATED: January 2, 2011

_/s/ David O. Carter_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE